DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCISCO WRITER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1722

[August 31, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth A. Scherer, Judge; L.T. Case No. 14014173 CF10A.

Patrick Trese of The Law Office of Patrick Trese, P.A., Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***